UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID OPPENHEIMER and<br>PERFORMANCE IMPRESSIONS, LLC,<br><br>                              Plaintiffs<br><br>v.<br><br>HER CAMPUS MEDIA, LLC and<br>STEPHANIE KAPLAN LEWIS,<br><br>                              Defendants | Civil Action |

**COMPLAINT**
**AND CLAIM FOR TRIAL BY JURY**

This is an Action for copyright infringement and damages under the Copyright Laws of the United States, 17 U.S.C. §§101 *et seq.*  Plaintiffs allege that Defendant, Her Campus Media, LLC wrongfully copied two photographs and used and displayed them without permission on its website known as "Her Campus."  Plaintiffs further allege that Defendant, Stephanie Kaplan Lewis is the chief operating officer of Her Campus Media, LLC and is the editor-in-chief of the Her Campus website and is jointly and severally liable for the copyright infringements in that she is the executive in charge of Her Campus through which she had the right and ability to supervise the infringing activities and in which she had a direct financial interest.  Jurisdiction is conferred on this Court pursuant to 28 U.S.C. §1338(a) and proper venue exists under 28 U.S.C. §1400(a).

1.      Plaintiff, DAVID OPPENHEIMER (hereinafter, "Oppenheimer") is a professional photographer residing in Asheville, North Carolina.

2.      Plaintiff, PERFORMANCE IMPRESSIONS, LLC (hereinafter, "Performance Impressions") is a limited liability company duly organized by law in the State of North Carolina with a mailing address of P. O. Box 8105, Asheville, North Carolina 28814.  Oppenheimer is the principal of Performance Impressions through which he licenses his photographs including the ones that are the subject of this Action.  Oppenheimer and Performance Impressions are sometimes collectively referred to as the Plaintiffs.

3.      Defendant, Her Campus Media, LLC ( hereinafter "Her Campus Media") is a limited liability company duly organized under the laws of the State of Delaware having a principal place of business at 401 Park Drive, Suite 807, Boston, Suffolk County, Massachusetts 02215.  At all times material hereto, Her Campus Media owned and controlled a website known as Her Campus (hereinafter, the "Her Campus Website").

4.      Defendant, Stephanie Kaplan Lewis (hereinafter "Lewis") is an individual now or formerly of Boston, Massachusetts, and she maintains a principal place of business at 401 Park Drive, Suite 807, Boston, Suffolk County, Massachusetts 02215.

5.      At all times material hereto, Lewis was the chief operating officer of Her Campus Media, LLC, and she had a direct financial interest in the activities of Her Campus Media, LLC and the Her Campus Website.

6.      At all times material hereto, Lewis was the editor-in-chief of the Her Campus Website and she had the right and ability to supervise its activities.

## Count I
### (Copyright Infringement against Her Campus Media, LLC of Bonnaroo Photograph)

7.      Plaintiffs reallege Paragraphs 1 through 6 hereof, as if said paragraphs had been repeated herein in their entirety.

8.      In 2012, Oppenheimer took various photographs of an annual music and arts festival in Tennessee known as Bonnaroo.   One of the Photographs taken by Oppenheimer depicts the musical group known as "Phish" on stage at one of Bonnaroo's several performance venues.  A copy of this photograph (the "Bonnaroo Photograph") is attached hereto as "Exhibit A."

9.      The Bonnaroo Photograph was published on the website of Performance Impressions at www.performanceimpressions.com, with the following copyright management information clearly visible on the image: "© 2012 David Oppenheimer."

10.      Oppenheimer is the author of the Bonnaroo Photograph and he has at all times continuously owned all of the rights to the Bonnaroo Photograph including the copyright thereto.  The Bonnaroo Photograph was registered with the U.S. Copyright Office under Copyright Registration Number VAu 1-102-552, effective June 13, 2012.  See the Certificate of Registration, a copy of which is attached hereto as "Exhibit B," which is incorporated herein by reference.

11.      Her Campus Media, its agents, servants or employees copied the Bonnaroo Photograph and used, displayed and/or distributed it on its Her Campus Website without the permission or authority of either Oppenheimer or Performance Impressions in a post entitled, "Best Music Festival Lineups in 2015."  A copy of the Bonnaroo Photograph as it was used on the Her Campus Website is attached hereto as "Exhibit C" and is incorporated herein by reference.

12.     The reproduction, use, display and/or distribution of the Bonnaroo Photograph by Her Campus Media, or its agents, servants or employees on the Her Campus Website without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Oppenheimer's exclusive rights to the Bonnaroo Photograph under the Copyright Act, 17 U.S.C. §101 et seq.

13.     As a result, Oppenheimer's copyright to the Bonnaroo Photograph has been infringed for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

## Count II
### (Copyright Infringement against Her Campus Media, LLC of University Photograph)

14.     Plaintiffs reallege Paragraphs 1 through 6 hereof, as if said paragraphs had been repeated herein in their entirety.

15.     In 2012, Oppenheimer took an aerial photograph of Appalachian State University in North Carolina.  A copy of this photograph (the "University Photograph") is attached hereto as "Exhibit D."

16.     The University Photograph was published on the website of Performance Impression at www.performanceimpressions.com, with the following copyright management information clearly visible on the image: "© 2013 David Oppenheimer."

17.     Oppenheimer is the author of the University Photograph and he has at all times continuously owned all of the rights to the University Photograph including the copyright thereto.  The University Photograph was registered with the U.S. Copyright Office under Copyright Registration Number VAu 1-132-213, effective March 11, 2013.  See the Certificate

of Registration, a copy of which is attached hereto as "Exhibit E," which is incorporated herein by reference.

18.     Her Campus Media, its agents, servants or employees copied the University Photograph and used, displayed and/or distributed it on the Her Campus Website without the permission or authority of either Oppenheimer or Performance Impressions.  A copy of the University Photograph as it was used by Her Campus Media is attached hereto as "Exhibit F" and is incorporated herein by reference.

19.     The reproduction, use, display and/or distribution of the University Photograph by Her Campus Media, or its agents, servants or employees on the Her Campus Website without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Oppenheimer's exclusive rights to the University Photograph under the Copyright Act, 17 U.S.C. §101 et seq.

20.     As a result, Oppenheimer's copyright to the University Photograph has been infringed for which Plaintiffs are entitled to their damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.


**<u>Count III</u>**
**(Vicarious Liability against Stephanie Kaplan Lewis**
**for Copyright Infringement of the Bonnaroo Photograph)**


21.     Plaintiffs reallege Paragraphs 1 through 12 hereof, as if said paragraphs had been repeated herein in their entirety.

22.     Lewis is vicariously liable for the infringement of the Bonnaroo Photograph by Her Campus Media because at all times material hereto, she was an executive in charge of Her Campus Media, she had a direct financial interest in Her Campus Media's activities, and she had the right and ability to supervise the activities of the Her Campus Website, of which she was the Editor-in-chief.

23.     As a result, Lewis is jointly and severally liable for the infringement of Oppenheimer's copyright to the Bonnaroo Photograph, along with Her Campus Media for Plaintiffs' damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.


## Count IV
### (Vicarious Liability against Stephanie Kaplan Lewis for Copyright Infringement of the University Photograph)

24.     Plaintiffs reallege Paragraphs 1 through 6 and 15 through 19 hereof, as if said paragraphs had been repeated herein in their entirety.

25.     Lewis is vicariously liable for the infringement of the University Photograph by Her Campus Media because at all times material hereto, she was an executive in charge of Her Campus Media, she had a direct financial interest in Her Campus Media's activities, and she had the right and ability to supervise the activities of the Her Campus Website, of which she was the Editor-in-chief.

26.     As a result, Lewis is jointly and severally liable along with Her Campus Media for the infringement of Oppenheimer's copyright to the University Photograph and for Plaintiffs' damages, costs and attorney's fees under 17 U.S.C. §§504 and 505.

WHEREFORE, Plaintiffs, DAVID OPPENHEIMER and PERFORMANCE IMPRESSIONS, LLC, demand judgment against Defendant, HER CAMPUS MEDIA, LLC, as follows:

a)      That Her Campus Media and Lewis be required to deliver up for impoundment the originals and all copies of the Bonnaroo Photograph and the University Photograph, in all forms whatsoever, which are in their possession or under their control, including all printed copies and all copies in magnetic, electronic and digital format, as well as all copies posted or displayed on any of Her Campus Media's websites and social media pages, and that Her Campus Media and Lewis be permanently enjoined from using said Photographs in the future in any way whatsoever.

b)      That Her Campus Media and Lewis be required to pay to Oppenheimer and Performance Impressions such actual damages as they have sustained in consequence of the unauthorized use and infringement of Oppenheimer's copyrights to the Bonnaroo Photograph and to the University Photograph, and to account for all gains, profits and advantages derived by Her Campus Media and Lewis from their use and infringement of Oppenheimer's said Photographs;

c)      In lieu of Plaintiffs' actual damages and the profits earned by Her Campus Media and Lewis, that Her Campus Media and Lewis be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000 per photograph, or if the Court finds that the infringements were committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000 per photograph;

d)      That Her Campus Media and Lewis pay Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by this Court;

e)      That Plaintiffs have such other and further relief as is deemed to be just and proper.

**PLAINTIFFS CLAIM TRIAL BY JURY**

DAVID OPPENHEIMER and
PERFORMANCE IMPRESSIONS, INC.
By their attorney,

/s Andrew D. Epstein

_____
Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
Boston, Massachusetts 02110
(617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com

Dated:  December 22, 2016